FILED

MAR - 6 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | |
| Plaintiff, ) | 1:24 CR 00076 |
| ) | CASE NO. _____ |
| v. ) | |
| ) | Title 18, Sections 922(a)(6) and |
| MICHAEL LUSTER, ) | 924(a)(2), United States Code |
| ) | |
| Defendant. ) | JUDGE GAUGHAN |

COUNT 1
(Making a False Statement in Acquisition of a Firearm,
18 U.S.C. §§ 922(a)(6) and 924(a)(2))

The Grand Jury charges:

1. On or about November 15, 2023, in the Northern District of Ohio, Eastern Division, Defendant MICHAEL LUSTER, in connection with the acquisition of firearms, to wit: a Glock, model G27 Gen 5, .40 caliber pistol, bearing serial number CAYZ719, and a Glock, model 43X, 9mm caliber pistol, bearing serial number CBGM735, from Summit Armory, 2417 N. Cleveland Massillon Road, Akron, Ohio, a federally licensed dealer of firearms, did knowingly and unlawfully make and cause to be made false and fictitious statements, intended and likely to deceive said dealer with respect to facts material to the lawfulness of the sale and acquisition of said firearm under the provisions of Chapter 44, Title 18 of the United States Code, in that Defendant did knowingly state and represent on Federal Firearms Transaction

Records, those are ATF Forms 4473, that he was the actual buyer of said firearm, when in fact, he was not the actual buyer of the firearm, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.